# MEMORANDUM DECISIONS.

BALTIMORE & O. R. CO. v. FRIEL. (Circuit Court of Appeals, Third Circuit. December 2, 1896.) No. 32, September Term, 1896. Appeal from Circuit Court of the United States for the Eastern District of Pennsylvania. Before DALLAS, Circuit Judge, and BUTLER and WALES, District Judges.

PER CURIAM. This case is disposed of by the opinion filed herewith in the case of the same plaintiff in error against Friel, defendant in error. 77 Fed. 126. The judgment is affirmed.

BALTIMORE & O. R. CO. v. FRIEL et ux. (Circuit Court of Appeals, Third Circuit. December 2, 1896.) No. 31, September Term, 1896. In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania. Before DALLAS, Circuit Judge, and BUTLER and WALES, District Judges.

PER CURIAM. This case is disposed of by the opinion filed herewith in the case of the same plaintiff in error against Friel, defendant in error. 77 Fed. 126. The judgment is affirmed.

FULLER & JOHNSON MANUF'G CO. v. BENDER et al. SAME v. NAGLEY et al. (Circuit Court of Appeals, Second Circuit. January 7, 1897.) These are appeals from decrees of the circuit court, Northern district of New York, dismissing complainant's bills. The suits were for alleged infringement of letters patent of the United States No. 423,200, issued March 11, 1891, to Charles G. Alward, for a transplanting machine. Chas. H. Duell, for appellant. Chas. W. Smith, for appellees. Before LACOMBE and SHIPMAN, Circuit Judges.

PER CURIAM. The decrees in both causes are affirmed, with costs, upon the opinion of the circuit court (69 Fed. 999, 1001), in which we entirely concur.

STIRLING CO. v. PIERPOINT BOILER CO. et al. (Circuit Court of Appeals, Third Circuit. November 30, 1896.) Appeal from the Circuit Court of the United States for the Western District of Pennsylvania. For opinion of circuit court, see 72 Fed. 780. Chas. Heebner and Ephraim Banning, for appellant. Thomas W. Bakewell, for appellees. No opinion. Cause remanded to circuit court, with instructions to grant a rehearing, and enter such order or decree as the parties may agree upon or said court consider proper, pursuant to written request and consent of counsel.

UNITED STATES v. JOHNSON. (Circuit Court of Appeals, Second Circuit. November 13, 1896.) Appeal from Circuit Court of the United States for the Eastern District of New York. James L. Bennett, for the United States. Jesse Johnson, in pro. per.

PER CURIAM. The questions of law arising in these cases will be certified to the supreme court. Counsel may prepare and submit proposed statements of facts in the usual form, such statements to contain, in substance, the findings of the circuit court, and also the facts touching adjustment of the claim relied upon as a counterclaim.

END OF CASES IN VOL. 77.